## JAMES ARLON GULLEDGE V. STATE.

No. 31,149. December 2, 1959.

No attorney for appellant of record on appeal.

*Leon Douglas,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This purports to be an appeal from a conviction for a liquor law violation, with punishment assessed at a fine of $400.

The notice of appeal appearing in the transcript is not shown to have been entered of record, as is required under Art. 827, C.C.P. Young v. State, 60 Texas Cr. Rep. 290, 131 S.W. 413; Tuel v. State, 142 Texas Cr. Rep. 581, 155 S.W. 2d 808.

In the absence of a valid notice of appeal this court is without jurisdiction of the appeal.

The appeal is dismissed.